IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED, | ) ) ) |
| | ) No. C.A. 04-0900 |
| Plaintiff, | ) ) Judge Gary L. Lancaster |
| v. | ) ) |
| WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, | ) ) ) |
| Defendants and Third-Party Plaintiffs, v. | ) ) ) |
| JAMES TATAR and JANET CRAWFORD, | ) ) |
| Third-Party Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 8th day of Nov, 2005, upon consideration of the within Plaintiff's Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and that Defendant Armstrong County shall produce the documents specified in Request Nos. 10 through 17, and Request No. 19 of Plaintiff's Request for Production of Documents. w/in 20 days of this order.

BY THE COURT:

_____ J.