IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDEK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED,  Plaintiff,  v.  WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual,  Defendants,  and  ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual,  Defendants and Third-Party Plaintiffs,  v.  JAMES TATAR and JANET CRAWFORD,  Third-Party Defendants. | No. C.A. 04-0900  Judge Gary L. Lancaster  **FILED**  OCT 0 3 2005  CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA |

### DEFENDANTS MOTION TO STRIKE PLAINTIFFS MOTION TO COMPEL

And now, Defendant, James Tatar, Pro-Se, files the within document, DEFENDANTS MOTION TO STRIKE PLAINTIFFS MOTION TO COMPEL, pursuant to Rules of Federal Procedure, and avers as follows:

DEFENDANT OBJECTS TO PLAINTIFFS MOTION TO COMPEL.

1. Defendants criminal case is under direct review by the US Superior Court of Western Pa. Docket Number C.P.03-CR-0000638-2003.

2. All information Plaintiff is requesting is confidential, pursuant to 23 PA. CSA § 6301 et.esq.

3. Information Plaintiff is requesting is interfering with Defendants criminal case currently under direct review of the Superior Court of Western PA.

Wherefore, Defendant respectfully requests this honorable court to grant Defendants Motion to Strike Plaintiffs Motion to Compel, by further request, Defendant requests that this Honorable Court to grant a Stay on all Discovery proceedings, or what this Honorable Court seems just or fair.

Date: 9 / 7 / 2005

James Tatar, GD-5646, Pro-Se,
S.C.I. Coal Township
1 Kelley Drive
Coal Township, PA. 17866

AND NOW, THIS 9th DAY OF Nov, 05, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE