IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the Estate of Kristen Tatar, Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 04-0900 ) |
| WESTMORELAND COUNTY, et al., Defendants | ) ) ) |
| v. | ) ) |
| ARMSTRONG COUNTY, at al., Defendants and Third Party Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| JAMES TATAR and JANET CRAWFORD Third Party Defendants. | ) ) ) |

ORDER

AND NOW, this 11th day of March, 2006, IT IS HEREBY ORDERED that defendant James Tatar's motion to dismiss plaintiff's second amended complaint [doc. no. 80] is DENIED.

BY THE COURT:

_____, J.

cc:   All Counsel of Record