IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the Estate of Kristen Tatar, Plaintiff, | ) ) ) ) ) |
| v. | ) )   Civil Action No. 04-0900 |
| WESTMORELAND COUNTY, et al., Defendants | ) ) ) ) |
| v. | ) ) |
| ARMSTRONG COUNTY, at al., Defendants and Third Party Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| JAMES TATAR and JANET CRAWFORD Third Party Defendants. | ) ) ) |

ORDER

IT IS HEREBY ORDERED that plaintiff's motion to compel [doc. no. 69] is GRANTED. Defendant Westmoreland County shall produce all documents specified in Request No. 1 and Request No. 2 of Plaintiff's Fourth Request for the Production of Documents Directed to Westmoreland County no later than ten calendar days after the date this order is entered on the court's docket.

BY THE COURT:

[signature], J.

DATED: 3-14-06

cc:   All Counsel of Record