**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CATHY FONDRK, Administrator of The ESTATE OF )<br>KRISTEN LYNN TATAR, DECEASED,<br>)<br>　　　　　Plaintiff,<br>　vs.<br><br>WESTMORELAND COUNTY, DANIEL<br>FITZPATRICK, an adult individual, SANDY<br>PALATTO, an adult individual, MARILYN<br>McSPARRIN, an adult individual, ARMSTRONG<br>COUNTY, STEPHEN FANCELLA, an adult individual,<br>CARLA DANOVSKY, an adult individual,<br>PENNSYLVANIA STATE UNIVERSITY,<br>PENNSYLVANIA STATE UNIVERSITY FOR ITS<br>COOPERATIVE EXTENSION AND OUTREACH –<br>WESTMORELAND COUNTY, NANCY WALLACE,<br>an adult individual,<br><br>　　　　　Defendants.<br>AND<br><br>ARMSTRONG COUNTY and CARLA DANOVSKY,<br>an adult individual,<br><br>　　　Defendants and Third-Party Plaintiffs<br><br>　　　vs.<br><br>JAMES TATAR and JANET CRAWFORD,<br><br>　　　Third Party Defendants. | Case No. 04-0900<br><br>Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, this 26 day of July, 2006, upon consideration Plaintiff's

Motion to Compel it is hereby ORDERED, ADJUDGED and DECREED that the same is

denied, without prejudice to plaintiffs' right to re-submit the motion after defendants have had

a reasonable time to fully comply.

　　　　　　　　　　　　　　　　　　　Gary L. Lancaster　　　　　　J.