IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the Estate of KRISTEN LYNN TATAR, DECEASED,<br><br>        Plaintiff,<br><br>vs.<br><br>WESTMORELAND COUNTY, DANIEL FITZGERALD, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual,<br><br>        Defendants,<br><br>vs.<br><br>ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual,<br><br>        Defendants and<br>        Third-Party Plaintiffs,<br><br>vs.<br><br>JAMES TATAR and JANET CRAWFORD,<br><br>        Third-Party Defendants. | No. C.A. 04-0900 |

**ORDER OF COURT**

AND NOW, to-wit, this _31_ day of _October_, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Rose Tatar's Motion to Quash Subpoena is hereby DENIED.

BY THE COURT:

_____ J.

cc: All Counsel of Record