## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED, | |
| Plaintiff, | |
| vs. | |
| WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual, PENNSYLVANIA STATE UNIVERSITY, PENNSYLVANIA STATE UNIVERSITY FOR ITS COOPERATIVE EXTENSION AND OUTREACH - WESTMORELAND COUNTY, NANCY WALLACE, an adult individual, | No. 04-0900  United States District Judge Gary L. Lancaster |
| Defendants, and | |
| ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, | |
| Defendants and Third-Party Plaintiffs, | |
| vs. | |
| JAMES TATAR and JANET CRAWFORD, | |
| Third-Party Defendants. | |

## ORDER OF COURT

**AND NOW**, to wit this $31$ day of ____October____, 2006, it is

hereby **ORDERED, ADJUDGED** and **DECREED** that in consideration of the defendants'

Consent Motion to Limit Deposition of Marilyn McSparrin, that the same is hereby granted and that the further deposition testimony of the witness be limited to seven (7) hours.

BY THE COURT:

_____
The Honorable Gary L. Lancaster

cc: All Counsel of Record