## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHY FONDRK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED, | ) ) ) ) | No. C.A. 04-0900 |
| Plaintiff, | ) ) | Judge Gary L. Lancaster |
| v. | ) ) | |
| WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, | ) ) ) | |
| Defendants and Third-Party Plaintiffs, v. | ) ) ) | |
| JAMES TATAR and JANET CRAWFORD, | ) ) | |
| Third-Party Defendants. | ) | |

### ORDER OF COURT

AND NOW, this 31st day of October, 2006, upon consideration of the within Plaintiff's Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and that The Pennsylvania Department Of Public Welfare, Western Region Office of Children Youth and Families shall produce the documents specified in the Subpoena served upon it on August 6, 2006. The parties are directed to this Cort's May 26, 2006 opinion [doc. no. 99].

BY THE COURT:

_____, J.

cc: All Counsel of Record