# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED, | **ELECTRONICALLY FILED** |
| Plaintiff, | |
| vs. | |
| WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual, | No. 04-0900  United States District Judge Gary L. Lancaster |
| Defendants, and | |
| ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, | |
| Defendants and Third-Party Plaintiffs, | |
| vs. | |
| JAMES TATAR and JANET CRAWFORD, | |
| Third-Party Defendants. | |

## ORDER OF COURT

**AND NOW,** this 10 day of November, 2006, upon consideration of the foregoing Motion for Stay of Proceedings filed on behalf of the defendant, Daniel Fitzpatrick, and upon conclusion that a stay of the proceedings is warranted as to this defendant pursuant to the Servicemembers Civil Relief Act, 50 App.

U.S.C. § 522, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the above-captioned action is **STAYED** as to the defendant, Daniel Fitzpatrick, an adult individual, until ~~[redacted]~~ 60 days after the termination of Daniel Fitzpatrick's period of military service.

Plaintiff's motion to compel [doc. no. 125] is MOOT.

BY THE COURT:

_/s/ [signature]_, J.