IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED, | No. C.A. 04-0900 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual, PENNSYLVANIA STATE UNIVERSITY, PENNSYLVANIA STATE UNIVERSITY FOR ITS COOPERATIVE EXTENSION AND OUTREACH – WESTMORELAND COUNTY, NANCY WALLACE, an adult individual, | |
| Defendants. | |
| and | |
| ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| JAMES TATAR and JANET CRAWFORD, | |
| Third-Party Defendants. | |

**ORDER OF COURT**

AND NOW, this 6th day of Dec, 2006, upon consideration of the within Plaintiff's Motion to Compel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is

GRANTED, and that Defendants, Pennsylvania State University, Pennsylvania State University for its Cooperative Extension and Outreach – Westmoreland County, and Nancy Wallace, shall produce the documents specified in Request Nos. 1 through 6, of Plaintiff's Third Request for Production of Documents Directed to Pennsylvania State University, Pennsylvania State University for its Cooperative Extension and Outreach – Westmoreland County, and Nancy Wallace.

BY THE COURT:

_____