IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the Estate of KRISTEN LYNN TATAR, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> WESTMORELAND COUNTY, DANIEL FITZGERALD, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, and CARLA DANOVSKY, an adult individual, <br><br> Defendants, <br><br> vs. <br><br> ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, <br><br> Defendants and Third-Party Plaintiffs, <br><br> vs. <br><br> JAMES TATAR and JANET CRAWFORD, <br><br> Third-Party Defendants. | No. C.A. 04-0900 |

## ORDER

AND NOW, to-wit, this 14 day of March, 2007, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion to Compel and Motion to Extend Time to Produce Expert Report is hereby granted. Accordingly, it is hereby ordered that Westmoreland County is to produce the original file of Kristen Tatar to counsel for Armstrong County within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that the expert report of Defendants' document examiner expert, Albert Lyter, is due to be filed thirty (30) days after Armstrong County receives WCCB's original file.

The court expresses no opinion as to the admissibility of Mr. Lyter's report or testimony at this time.

BY THE COURT:

_____, J.

cc: All Counsel of Record