## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY FONDRK, Administrator of the ESTATE OF KRISTEN LYNN TATAR, DECEASED, ) ) ) ) | C.A. 04-0900 |
| Plaintiff, ) ) | Judge Gary L. Lancaster |
| v. ) ) | |
| WESTMORELAND COUNTY, DANIEL FITZPATRICK, an adult individual, SANDY PALATTO, an adult individual, MARILYN McSPARRIN, an adult individual, ARMSTRONG COUNTY, STEPHEN FANCELLA, an adult individual, CARLA DANOVSKY, an adult individual, PENNSYLVANIA STATE UNIVERSITY, PENNSYLVANIA STATE UNIVERSITY FOR ITS COOPERATIVE EXTENSION AND OUTREACH – WESTMORELAND COUNTY, NANCY WALLACE, an adult individual, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| ARMSTRONG COUNTY and CARLA DANOVSKY, an adult individual, ) ) ) | |
| Defendants and Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| JAMES TATAR and JANET CRAWFORD, ) ) | |
| Third-Party Defendants. ) | |

### ORDER OF COURT

AND NOW, this _1st_ day of _March_, 2007, upon consideration of Plaintiff's

Motion to Compel unredacted copies of the documents produced in response to Request Nos. 1

and 3 (attached as Exs. B & E of Plaintiff's Motion) of Plaintiff's Third Request for Production of Documents Directed to the Penn State Defendants:

IT IS HEREBY ORDERED that the Penn State Defendants shall ~~deliver~~ (bring) unredacted copies of the documents contained in Exhibits B and E of Plaintiff's Motion to Compel to the April 6, 2007 Status Conference for in camera review by the Court.

BY THE COURT:

_____, J.

cc: All Counsel of Record